[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
4/5/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Ora D. Milsap

7639 S. Colfax Ave 1B

Chicago, Il 60649

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police department

30 North LaSalle St. Suite 700

Chicago, IL 60602

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 21 CV 469

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-00469 Document #: 14 Filed: 04/05/21 Page 2 of 8 PageID #:235

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.  Plaintiff(s):**

  A.  Name: Ora D Milsap

  B.  List all aliases: None

  C.  Prisoner identification number: Does Not Apply

  D.  Place of present confinement: Does Not Applky

  E.  Address: 7639 S. Colfax Ave 1B    Chicago, Il 60649

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A.  Defendant: Paul Honea

   Title: Sergeant

   Place of Employment: Chicago Police department 4th district

  B.  Defendant: Lawrence Odoms

   Title: Sergeant

   Place of Employment: Chicago Police department   Superintendent's office

  C.  Defendant: Orozsco

   Title: Sergeant

   Place of Employment: Chicago Police department 4th district

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

April 5th, 2021

Amended Complaint

These are all 4th District Police Officers

## II. **Defendants:**

A. Defendant: Sgt. Jackson # 2494

Title: Sergeant

Place of Employment: Chicago Police Department

B. Defendant: Sgt. DiCampo

Title: Sergeant

Place of Employment: Chicago Police department

C. Defendant: Officer Anderson #17700

Title: Police Officer

Place of Employment: Chicago Police department

D. Defendant: Gonzalez

Title: Police Officer

Place of Employment: Chicago Police Department

E. Defendant: Christensen

Title: Police Officer

Place of Employment:

2

G. Defendant: Adams

Title; Police Officer

Place of Employment: Chicago Police Department

H. Defendant: Jamesa Jackson

Title: Police Officer

Place of Employment: Chicago Police department

I. Defendant: Raygoza

Title: Police Officer

Place of Employment: Chicago Police Department

J. Defendant: Hall

Title: Sergeant

Place of Employment: Chicago Police Department

Case: 1:21-cv-00469 Document #: 14 Filed: 04/05/21 Page 5 of 8 PageID #:238

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.     Name of case and docket number: 15 CV 630

    B.     Approximate date of filing lawsuit: 3-2015

    C.     List all plaintiffs (if you had co-plaintiffs), including any aliases:
          Ora D. Milsap

    D.     List all defendants: Chicago Police department    Habitat Company
          Chicago Housing Authority

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Dirksen; Northern District    Cook County

    F.     Name of judge to whom case was assigned: Judge Thomas Durkin

    G.     Basic claim made: Violation of Constitutional Civil Rights of 1983

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Ruled upon

    I.     Approximate date of disposition: December 23rd, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Sgt. Jackson; Badge # 2494   allowed Kia Newell, who is a witness and a defendant for the Chicago police department who has a 2 year order of protection against her to attack me with a steel baseball bat as well as tased me and attacked my child on 3/10/2021. Sgt. Jackson also, after I was informed by phone with First Defense Legal Aid on 3/10/21, not to cut the lock off my steel gate with Fire Department: EMT Officers from ambulance 50. Sgt. Jackson along with 8 other Chicago police officers, came in my home illegally without a search warrant, grabbed me out my home with no arrest warrant at all. Sgt. Jackson along with 8 other officers detained me illegally and forcing me in to a amculance to be treated for my cut wounds, after I informed Sgt. Jackson, fire EMTs and other policemen, that I would take a cab to the hospital. Instead, my lock was cut off my steel gate and I was forced against my will with no regard for my constitutional rights being violated by known defendant; Sgt. Jackson. Offender: Kia Newell after violating order of protection followed me downstairs with a steel bat with her son and niece and all three began to threatened me. Kia Newell came running towards me with a steel bat and proceeded to attack me.    I had a knife and mace on me to protect myself, yet kia Newell took knife and began to cut me with my knife and continued to hit me with steel baseball bat and my daughter.
Her son and her niece took my phone, house keys, knife, mace, jean jacket and took them in her home. There is building cameras inside and outside the building that shows Kia Newell, her son and niece came downstairs to attack me. Kia Newell was able to leave freely through her back door and Sgt. Jackson along with other police threatened me and detained me, and I was the victim.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

My daughter recorded the illegal and violent harassment by Sgt. Jackson, the EMTs and 8 other police officers on her cell phone. Sgt. Jackson and 8 other officers tried to say I needed a mental evaluation, to setup a false case against me, yet kia newell who damaged both doors on 2/23/21 with her family and attacked me on 3/10/21 with no legal justification. Police knew kia Newel had violated the order of protection and allowed her to leave her home , didn't ask defendant any questions, no investigation was done by police or Sgt. Jackson. I was treated as a mental case in order to setup a false imprisonment under mental health code, when I never had any mental health concerns until, I began to file complaints starting 1/2020, against 4th district Chicago Police. Offender; Kia Newell was never quesioned nor detained for the continued attacks on me, nor ever questioned defendant and witness for the Chicago police for kia newell's mental instability. My daughter was emotionally distraught at how the police threatened to remove her from me for no legitimate reason. My child had to endure watching physical force on her mother by Chicago police with no legal right or a arrest warrant and I was never under arrest. The offender; Kia Newell was not treated with force. She broke my phone and police got it back from defendant and kia Newell was allowed to leave freely with all those police in her home, yet I was covered in blood cut wounds and kia newell posted me on facebook, yet Sgt. jackson did nothing. I was granted the 2 year order of protection against kia newell. On March 23rd, 2021 she pleaded guilty to cracking my skull and giving me 6 stitches to my forehead and left eye. Police on 3/10/21, purposely and with vile intent gave a false police report to kia newell who has never been arrested by 4th district police and has shown violent and unstable mental disabilities. Sgt. Jackson shown unethical and violation of law enforcement abuse of power.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting to have legal justice done to I and my child for the severe and emotional distress, we have had to encounter by the 4th district Chicago Police department. I am seeking $100,000 dollars in legal relief for the harassment, false imprisonment under he mental health code on 12/12/2019 and then tried another false arrest with no arrest warrant or no judge decision. nor probable cause. Sgt. Jackson treated me biasly along with the other 8 officers and proceeded to falsely try to do another false, imprisonment under the mental health code on 3/10/21.

VI. The plaintiff demands that the case be tried by a jury.  [X] YES  [ ] NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  6th  day of  April , 20 21

*Ora Deloris Milsap*
(Signature of plaintiff or plaintiffs)

Ora D. Milsap
(Print name)

(I.D. Number)

7639 S. Colfax Ave. 1B

Chicago, Il 60649
(Address)