IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORA D MILSAP, | Case No. 21 cv 469 |
| ELYSSA O MILSAP | Judge Jorge Alonso |
| Plaintiffs, | Magistrate Heather K.McShain |
| | |
| V. | |
| | **Jury Demanded** |
| Chicago Police Department : | |
| Sgt. Paul Honea, Sgt. Odoms, Sgt. Orozsco | |
| Officer Gonzalez, Officer Anderson#17700, | |
| Officer Christensen, Officer Adams, Officer | |
| Raygoza, Officer Jamesa Jackson, Sgt. Hall, | |
| Sgt. DiCampo | |
| Defendants. | |

MOTION TO DENY TO QUASH SUBPOENA AS WPD MANAGEMENT ATTORNEY:MR. PASSO IS DECEIVING AND BEING DISHONEST TO FEDERAL JUDGE MCSHAIN. WPD DON'T WANT THE COURT TO SEE THE VIOLENCE AND BLOODSHED FROM POLICE WITNESSES AND BAD, UNETHICAL POLICE CONDUCT OF CHICAGO POLICE DEFENDANTS.'

Response to Attorney: Alexander Passo for WPD Management and their Motion to Quash Subpoena to be **Denied** based on false and misleading allegations that WPD manager: Joel Muehling and Property owners never received all pages of subpoenas sent twice to WPD Management is a lie. Twice the subpoenas were sent and signed for by a WPD employee, with all the additional documentation provided to WPD Management, Police Attorney: Emily Bammel as well as Federal Judge Heather K. McShain.

To Judge Heather McShain, it is very unfortunate that the Attorney for WPD management; Alexander Passo would outright lie and try to make it seems his client WPD Manager: Joel Muehling was never sent any subpoenas. On November 1st, 2021, a subpoena by certified mail went out to WPD Management at address 765 E. 69th pl Chicago, Il 60637. It was signed for by an employee on November 5th, 2021. I then resent per your request Judge McShain, per your court order on 12/27/21. I sent out again by FedEx on 12/29/21 and it was delivered and signed for

1

1/3/22 with the weight of 0.30 lb., which tells you there was multiple pages again in the fed ex package.

Attorney : Mr. Passo do not want you to see the horrific violence I endured at the hands of police witnesses: Kia Newell and Stacy Charles. WPD attorney: Mr. Passo, Judge McShain, do not want you to see the vicious , unethical, and violent actions of the Chicago Police who came to the scene from 12/11/19-3/10/21. Mr. Passo, knows that you would have questions of how police witness; Kia Newell on their body camera, along with her son and niece are standing on the stairs after following me down to the mailbox, her son and niece threatening me , then police witness: Kia Newell dressed with black leggings, only in a black bra with no shoes on in the main lobby of building on 3/10/21 and she comes downstairs , while I am at a mailbox and she swings a steel bat at my face, I take out a knife to defend myself and on WPD camera, I fall, her son and niece take my house keys, jacket, hat and my knife and mace after attacking me. My daughter is on camera coming in from taking out the garbage and see me being attacked. You see all three of them run back upstairs to police witness Kia Newell's apartment. You see police at Police witness: Kia Newell's windows throwing out my house keys, jacket and police are telling her " we Know you have her belongings" Give them to her to.

You see a total of 13 police come to the scene. Fire trucks and I am bleeding, and no one is helping me. You see her son comes back outside and I am bald because they took my hat, and her son is circling me with my phone in his hand and running in the back entrance while fireman looked on and I am bleeding. You see police about 7 of them in police witness: Kia Newell's home and she gives police my knife, mace, and baseball bat and not the taser she used to tase me. Police let police witness: Kia Newell leave out the back door for freedom, no arrest and they cut lock off my door and forced me to University of Chicago Hospital emergency room. I called First defense Legal aid again and they asked the fireman " was I under arrest" the fireman said "No." FDLA intake worker told me to leave and get treatment elsewhere. I left U of Chicago hospital immediately. There was multiple violence, gang mob action, damage to property and severe violence against me and my child, which WPD lawyer: Mr. Passo, do not want the court to see. WPD don't want to show the police misconduct of police defendants.' It was unimaginable how police and WPD allowed the violence day in and day out.

WPD attorney is saying he didn't receive information because he do not want it to show how police would stand outside my window after multiple attacks and police would come and never arrest their police witnesses.' Mr. Passo don't want you to see the brutality of the police defendants' on this case and the violence and harm they allowed. The police defendants with multiple police and squad cars coming to falsely arrest me , standing outside my window, police threatening me to not come out my home or they will arrest me, and no charges were against me.

Judge McShain, I have submitted only a portion of emails of constant request for release of all video footage since the first attack on 12/12/19. On 11/13/20, I went to my mailbox and there was wad of spit on my mailbox. I asked Joel Muehling: WPD manager to release video footage of who spit on my mailbox, and he did. It was video footage of police witness Kia Newell . Judge McShain, Mr. Passo is trying to make a fool of this court and say he didn't receive any subpoenas or information. That is a lie. Look at the weight of the fed ex package. I continued and continued to reach out to WPD management after my daughter's nose was busted and asked them to put cameras in and outside the building. Chicago Housing Authority was cc'd on each email to WPD management. Look at email I sent them on 11/17/21. See email about video footage release from wpd management on 5/21/20. I have emails too many of them sending to manager: David Mazza and Joel Muehling to get security cameras in and outside of the building for previous address. Finally, on 11/9/20, WPD management installed the wiring right outside my apartment door.

In Conclusion, Judge McShain, I sent everything to WPD management main headquarters in Chicago, Illinois twice and sent the subpoena on 11/1/21 and again 12/29/21 both times the certified packages were signed for. It is a shame, that Mr. Passo thinks the Federal Court is incompetent to think I didn't send them everything including subpoenas, when I had to submit same information to the Federal Court and police attorney: Emily Bammel and Jennifer Bagby. I have resubmitted again in this motion all paperwork again to WPD management twice in the past as well as subpoena sent to WPD management and the certified receipt from 11/1/21 and 12/29/21.

Please **DENY** WPD attorney: Mr. Passo's request to Quash subpoenas. Mr. Passo intention is to make a fool of this court and me , by saying he didn't receive it. I have been asking for video footage from 12/12/19-3/10/21 since first attack on my child 12/12/19 and since then. Mr. Passo don't want this court to see the violence from police witnesses and how the police defendants' abused their police power . Therefore, Mr. Passo thought his strategy to say he didn't get any information would suffice this court. Mr. Passo is very dishonest and untruthful to you, Judge McShain. I have followed every order you have given me.

Sincerely, Ora Milsap

/s/ Ora Milsap

3

## **CERTIFICATE OF SERVICE**

The foregoing documents are true and correct and will be served by Electronic means to Judge Jorge Alonso, Police attorney: Emily Bammel and Jennifer Bagby , WPD Attorney: Alexander Passo and Magistrate Judge: Heather K. McShain. I will mail out on 2/14/22, hard copies to Mr. Alexander Passo and Emily Bammel and Jennifer Bagby.

Ora Milsap

1432 W. 77th St. Apt.

Chicago, Illinois 60620

delorismilsap@gmail.com

Sent this motion to

Latimer LeVay Fyock LLC

55. W. Monroe Street, Ste. 1100

Chicago, Illinois 60603

Attention: Mr. Alexander Passo

City of Chicago Department of Law

2 N. Lasalle St. Suite 420

Chicago, Illinois 60602

Attention: Emily Bammel & Jennifer Bagby

4